JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL V. B., | ) NO. CV 20-2053-E |
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| ANDREW SAUL, Commissioner of Social Security, | ) |
| Defendant. | ) |

        IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed in part and the matter is remanded for further administrative action consistent with the Opinion filed concurrently herewith.


        DATED: December 4, 2020.


                                /S/
                    _____
                    CHARLES F. EICK
                 UNITED STATES MAGISTRATE JUDGE